IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

PETER C. GRELLE,

      Plaintiff,

v.                                                    No. 2:25-cv-189-JB-KRS

OFFICE OF PERSONNEL MANAGEMENT;
and ELON MUSK, in his official capacity, c/o
Executive Office of the President,
,

      Defendants.

**ORDER GRANTING PLAINTIFF'S MOTION TO REDACT [DOC. 3]**

      Currently before the Court is Plaintiff's Motion To Redact Personal Information And Proceed With Limited Disclosure ("Motion"). (Doc. 3). Noting that Plaintiff does not seek to conceal his identity, but only seeks to protect his home address, email, and phone number from being disclosed on publicly available court filings, the Court finds good cause to grant the Motion. According, pursuant to Federal Rule of Civil Procedure 5.2(e)(1), which authorizes the Court, upon a finding of good cause, to require redaction of additional information beyond the information identified in subsection (a) of the Rule, IT IS HEREBY ORDERED THAT:

      1.     Plaintiff's Motion To Redact Personal Information And Proceed With Limited Disclosure, **Doc. 3**, is **GRANTED**.

      2.     Plaintiff is excused going forward from complying with the requirement in Federal Rule of Civil Procedure 11(a) that he include his address, e-mail address, and telephone number on every pleading, written motion, and other paper filed in court. Plaintiff is authorized to omit said information from his filings. Further, all parties are directed henceforth to omit said

information from their filings in the case, and if said information appears on any document attached to a filing, to redact the information from the document before filing it.

3. Plaintiff is **ORDERED** to immediately provide the Clerk's Office in Las Cruces with a redacted version of the documents already on file on the docket that are currently limited to "Case Participants Only" (**Docs. 1, 2, 3, 14**), and the Clerk's Office is **DIRECTED** to place the redacted versions of those documents on the public docket.

4. Plaintiff shall either omit his address, telephone, and email address from future filings or redact said information from future filings before placing them on the docket, as set forth in paragraphs 2 and 3 above, and is further **ORDERED** that all future papers shall be filed without limitation to "Case Participants Only."

5. Plaintiff should **TAKE NOTE** that this Order only prevents public disclosure of his personal contact information through documents filed in the case. Because Plaintiff is proceeding pro se, his contact information cannot be removed from the docket entirely, and therefore this Order cannot and does not accord said information absolute protection from public disclosure.

**IT IS SO ORDERED** this 17th day of March, 2025.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE