**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

PETER C. GRELLE,

      Plaintiff,

vs.                                                                                   No. CIV 25-0189 JB/KRS

OFFICE OF PERSONNEL MANAGEMENT;
and ELON MUSK, in his official capacity, c/o
Executive Office of the President,

      Defendants.

## FINAL JUDGMENT

      **THIS MATTER** comes before the Court on the Memorandum Opinion and Order, filed March 30, 2026 (Doc. 48)("MOO").  In the MOO, the Court dismisses the Plaintiff's Complaint, filed February 24, 2025 (Doc. 1), without prejudice.  See MOO at 32.  With no more parties, claims, or issues before the Court, the Court enters, pursuant to rule 58(a) of the Federal Rules of Civil Procedure, Final Judgment disposing of this case.

      **IT IS ORDERED** that: (i) the Complaint, filed February 24, 2025, (Doc. 1), is dismissed without prejudice; and (ii) Final Judgment is entered.

                                                    _____
                                                  UNITED STATES DISTRICT JUDGE

*Parties and counsel:*

Peter Grelle
Las Cruces, New Mexico

      *Plaintiff pro se*

- 2 -

Todd Blanche
  Deputy Attorney General
Ryan Ellison
  First Assistant United States Attorney
Ruth Fuess Keegan
  Assistant United States Attorneys
United States Attorney's Office
Albuquerque, New Mexico

  *Attorneys for the Defendants*